# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-4092

_____

| | | |
|---|---|---|
| Ronald Bernard Britt-Bey, | * | |
| | * | |
| Appellant, | * | Appeal from the United States |
| | * | District Court for the Eastern |
| v. | * | District of Missouri. |
| | * | |
| Eve M. Riley, Administrative Law | * | [UNPUBLISHED] |
| Judge, | * | |
| | * | |
| Appellee. | * | |

_____

Submitted: March 21, 2003

Filed: March 28, 2003

_____

Before MELLOY, FAGG, and SMITH, Circuit Judges.

_____

PER CURIAM.

Ronald Bernard Britt-Bey appeals the district court's[*] preservice dismissal, without prejudice, of his civil lawsuit. Having carefully reviewed the record, we conclude dismissal was proper. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[*]The Honorable Catherine D. Perry, United States District Judge for the Eastern District of Missouri.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.